146 A.3d 463

MARYLAND INSURANCE ADMINISTRATION

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE

No. 235, Sept. Term, 2016

Court of Appeals of Maryland.

September 2, 2016

Reported below: 228 Md.App. 126, 137 A.3d 310.

Petition for writ of certiorari granted.

■

146 A.3d 463

SPRIGGS, Vernon Harvey, III

v.

STATE of Maryland

No. 286, Sept. Term, 2016

Court of Appeals of Maryland.

September 2, 2016

Opinion of the Court of Special Appeals unreported (No. 412, Sept. Term, 2015).

Petition for writ of certiorari granted.